UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY J. POLK, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:05-CV-0861-G |
| CITY OF CORSICANA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ------------------------------------------------------- | ) | **ECF** |
| DAISY POLK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED WITH |
| VS. | ) | |
| | ) | 3:05-CV-0894-G |
| CITY OF CORSICANA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

**SO ORDERED**.

February 14, 2006.

A. JOE FISH
CHIEF JUDGE